UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  *Plaintiff*,<br><br>v.<br><br>$32,151.00 IN UNITED STATES CURRENCY;<br>  *Defendant*.<br><br>[CLAIMANTS: NATASHA WALSTON; EDWARD JOHNSON] | Civil No.<br><br><br><br><br><br><br><br>January 5, 2023 |

## VERIFIED COMPLAINT OF FORFEITURE

Now comes Plaintiff, United States of America, by and through its attorneys, Vanessa Roberts Avery, United States Attorney for the District of Connecticut, and David C. Nelson, Assistant United States Attorney, and respectfully states that:

1. This is a civil *in rem* action brought to enforce the provisions of 21 U.S.C. § 881(a)(6), which provides for the forfeiture of proceeds traceable to the exchange of controlled substances in violation of the Controlled Substances Act, 21 U.S.C. §§ 801 *et seq*.

2. This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 & 1355. Venue is appropriate in the District of Connecticut by virtue of 28 U.S.C. § 1395(b).

3. The Defendant is $32,151.00 in United States Currency ("Defendant Asset").

4. The Defendant Asset is located within the jurisdiction of this Court.

5. On October 11, 2022, Natasha Walston submitted an administrative claim of ownership to the Defendant Asset $32,151.00 in United States Currency.

6. On October 18, 2022, Edward Johnson submitted an administrative claim of ownership to the Defendant Asset $32,151.00 in United States Currency.

**Background of Investigation**

7.  In April of 2022, law enforcement investigated Edward Johnson ("Johnson"), for narcotics trafficking in and around the greater Stratford and Bridgeport, Connecticut areas. Law enforcement knows that Johnson is a long-time source of supply of crack cocaine and marijuana to street-level narcotics dealers. Johnson has been arrested and convicted of possession of narcotics with intent to sell in both 2014 and 2019.

8.  In April of 2022, law enforcement received information from two Confidential Sources that Johnson, who resides at 190 Thompson Street, Stratford, Connecticut ("190 Thompson Street"), was again selling narcotics in the Greater Bridgeport, Connecticut area.

9.  Based upon this information, law enforcement established surveillance of 190 Thompson Street. Johnson was regularly followed by law enforcement from 190 Thompson Street to conduct what law enforcement believed, based on their training and experience, to be narcotics transactions.

10. Johnson used various rental motor vehicles when he made these transactions. Law enforcement knows through their training and experience that narcotics traffickers will often use different rental cars to elude detection by law enforcement.

11. On July 27, 2022, law enforcement applied for and received a State of Connecticut Search and Seizure Warrant for 190 Thompson Street.

12. On August 2, 2022, law enforcement executed the search and seizure warrant. Officers first established surveillance outside of 190 Thompson Street. They then observed the white 2022 Volkswagen Passat, known to be a vehicle driven by Johnson, and a 2017

Hyundai Sonata, registered to Natasha Walston ("Walston"), both parked in front of 190 Thompson Street.

13. Walston is the girlfriend of Johnson and resides with Johnson at 190 Thompson Street.

14. A short time later, law enforcement observed Walston leave 190 Thompson Street, get into the Hyundai Sonata, and depart the area.

15. Approximately one hour and twenty minutes later, Johnson exited the front door of 190 Thompson Street and entered the Volkswagen Passat. At this time, law enforcement approached the Passat both on foot and in a police vehicle in an effort to apprehend Johnson. Johnson then got out of the Passat and, while holding a black plastic bag, ran away from law enforcement. Law enforcement observed Johnson throw the black plastic bag in a garbage can; he then stopped running and began to lay on the ground.

16. Law enforcement handcuffed Johnson and searched him. The search revealed a knotted plastic bag containing: 10 10-miliogram Oxycodone pills; 11 15-miligram Oxycodone pills; and 34 Ecstasy pills. After retrieving the black plastic bag that Johnson discarded in the trash receptacle, law enforcement found 176.6 grams of marijuana packaged for street sale within the bag.

17. Law enforcement read Johnson his Miranda Rights and Johnson stated that he understood them. Law enforcement walked Johnson back to 190 Thompson Street, opened the residence with a key located on the Volkswagen key chain, and began to search 190 Thompson Street.

18. Law enforcement initially located a Cheez-It box that contained $3,790.00 in United States Currency. The Cheez-It box was in a kitchen cabinet. Later, while Johnson was in the Stratford Police Department booking room, he spoke to Walston on a recorded phone

line. Johnson mentioned the Cheez-It box to Walston during this conversation in an attempt to see if law enforcement had seized the money located within the box.

19. Law enforcement also seized from the kitchen cabinet a large blue plastic bag that contained approximately 6.48 pounds of marijuana.

20. While continuing the search of 190 Thompson Street, law enforcement located a black backpack in the bedroom closet which contained: 5 large zip-lock style bags containing 2.14 pounds of Ecstasy pills; a plastic bag containing smaller knotted bags which held 73.5 grams of methamphetamine mixed with other pills; a plastic bag containing 11 10-miligram Oxycodone pills, 23 15-miligram Oxycodone pills, 15 Xanax pills, and 4 Adderall pills; one 33 round high-capacity magazine; and a digital scale.

21. In the bedroom closet, law enforcement also seized: a Chanel box containing $6,100.00 in United States Currency and 48.6 grams of marijuana packaged for street-level distribution; eight glass liquor bottles containing a total of $22,261.00 in United States Currency; and a zip-lock VacuSeal machine along with VacuSeal bags.

22. On top of the bedroom nightstand, law enforcement located an unsecured Glock 48 Pistol with two magazines and eight rounds of ammunition. Johnson is a convicted felon and is therefore not allowed to have access to any firearms.

23. Although the firearm is registered to Walston, she left Johnson alone in the apartment with easy access to the firearm.

24. While Johnson was being placed into a law enforcement vehicle to be transported and processed by the Stratford Police Department, law enforcement overheard Johnson instructing Walston that she should tell law enforcement that the money seized from 190 Thompson Street belonged to her.

25. Edward Johnson was arrested and charged with violations of Connecticut General Statutes: 21a-277(b) Possession with Intent to Sell Marijuana; three counts of 21a-278(b) Possession with Intent to Sell Narcotics; 21a-277(c) Operating a Drug Factory; 53a-155 Tampering with Evidence; 53a-167(a) Interfering with an Officer; and 53-202 Possession of a High-Capacity Magazine.

## **CONCLUSION**

26. Based on the above information, it is believed that $32,151.00 in United States Currency constitutes proceeds from the illegal sale and distribution of narcotics and is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

27. The Defendant Asset represents proceeds traceable to the exchange of controlled substances in violation of the Controlled Substances Act, 21 U.S.C. § 801 *et seq.*, and is, therefore, subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

Wherefore, the United States of America prays that a Warrant of Arrest In Rem be issued for $32,151.00 in United States Currency; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the property to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

VANESSA ROBERTS AVERY,
UNITED STATES ATTORNEY

By: /S/ David C. Nelson
David C. Nelson (ct25640)
Assistant U.S. Attorney
157 Church Street, 24th Floor
New Haven, Connecticut 06510
Tel:  (203) 821-3700
Fax:  (203) 773-5373
David.C.Nelson@usdoj.gov

## **DECLARATION**

I am a Task Force Officer with the Drug Enforcement Administration, United States Department of Justice, and the individual assigned the responsibility for this case.

I have read the contents of the foregoing Verified Complaint of Forfeiture and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 5th day of January, 2023.


<u>/s/ Jason Creatore</u>
JASON CREATORE
TASK FORCE OFFICER, DEA